FILED
8/13/2026
JKS
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. |
| v. | ) | |
| | ) | Violation: Title 21, United States |
| JAYLIN ARNOLD | ) | Code, Section 846 |
| | ) | |
| | ) | 1:26-cr-00441 |
| | ) | Judge Thomas M. Durkin |
| | ) | Magistrate Judge Young B. Kim |
| | | Random/Cat 4 |

**COUNT ONE**

The SPECIAL JANUARY 2026 GRAND JURY charges:

Beginning in or around January 2025, and continuing until on or about June 5, 2025, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

JAYLIN ARNOLD,

defendant herein, did conspire with Dashawn Powell, Tarell Smith, Joshua Thomas, Bernard Spencer, and others known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely 40 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II controlled substance, and a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1);

All in violation of Title 21, United States Code, Section 846.

## FORFEITURE ALLEGATION

The SPECIAL JANUARY 2026 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 21, United States Code, Section 846, as set forth in this Indictment, defendant shall forfeit to the United States of America any property which constitutes and is derived from proceeds obtained, directly and indirectly, as a result of the offense; and any property used, and intended to be used, in any manner and part, to commit and facilitate commission of the offense, as provided in Title 21, United States Code, Sections 853(a).

2. In addition, upon conviction of an offense in violation of Title 21, United States Code, Sections 846, as set forth in this Indictment, defendant shall forfeit to the United States of America, any firearm and ammunition involved in and used in any offense of conviction, as provided in Title 28, United States Code, Section 2461(c).

3. The property to be forfeited includes, but is not limited to:

   a. Apache Arms AA15, 5.56m pistol bearing serial number 00579 and associated ammunition;

   b. Glock 20 Gen 4, 10mm pistol, bearing serial number BLXN174 and associated ammunition; and

   c. 5.56mm, AR pistol and associated ammunition.

4. If any of the property described above, as a result of any act or omission by a defendants: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been

commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, as provided in Title 21, United States Code, Section 853(p).

A TRUE BILL:

FOREPERSON

UNITED STATES ATTORNEY